# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 14-29417 |
|---|---|---|
| MONICA L WRIGHT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/30/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/06/2015            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29417 |
| | § | |
| MONICA L WRIGHT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $4,856.00
*and approved disbursements of*     $1,892.21
*leaving a balance on hand of[1]:*     $2,963.79

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,963.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $741.71 | $0.00 | $741.71 |
| David P. Leibowitz, Trustee Expenses | $4.00 | $0.00 | $4.00 |

Total to be paid for chapter 7 administrative expenses:     $745.71
Remaining balance:     $2,218.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $2,218.08

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,218.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,745.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.) | $826.79 | $0.00 | $271.86 |
| 2 | Springleaf Financial Services | $4,120.31 | $0.00 | $1,354.82 |
| 3 | Capital One, N.A. | $284.22 | $0.00 | $93.46 |
| 4 | LVNV Funding, LLC its successors and assigns as | $1,351.44 | $0.00 | $444.37 |
| 5 | American InfoSource LP as agent for | $162.92 | $0.00 | $53.57 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,218.08 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                                    Case No. 14-29417-JBS
Monica L Wright                                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2           Date Rcvd: May 07, 2015
                              Form ID: pdf006             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2015.
```
db             +Monica L Wright,    7947 S. Carpenter,    Chicago, IL 60620-3053
22271454       +Aaron D Wright,    7947 S Carpenter,    Chicago IL 60620-3053
23045732        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
22760121       +Atlas Acquisitions LLC   (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
22892822        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22267824       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22267825       +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
22267826      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO Box 9001069,    Louisville, KY 40290-1069)
22267827       +DirectTV, LLC,    Mail Station N387,    2230 E. Imperial Hwy,    El Segundo, CA 90245-3504
22267828       +Harris & Harris Ltd,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
22267832       +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
22267834        PNC Bank,    P O Box 8108,    Philadelphia, PA 19101-8108
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22267823       +E-mail/PDF: cbp@springleaf.com May 08 2015 00:39:21
                 American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,    Evansville, IN 47731-3251
22336661       +E-mail/Text: bnc@atlasacq.com May 08 2015 00:44:20      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
22267829       +E-mail/Text: bankruptcy@icsystem.com May 08 2015 00:45:58      IC System,   Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22267830       +E-mail/Text: bnckohlsnotices@becket-lee.com May 08 2015 00:44:25       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
23043066        E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2015 00:39:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22267831       +E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2015 00:39:49      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
22267833       +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2015 00:45:07      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
22267835        E-mail/PDF: cbp@springleaf.com May 08 2015 00:39:21      Springleaf Financial S,    601 Nw 2nd St,
                 Evansville, IN 47708
22824051        E-mail/PDF: cbp@springleaf.com May 08 2015 00:39:32      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
22882716        E-mail/PDF: gecsedi@recoverycorp.com May 08 2015 00:39:21      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Matthew C Baysinger    on behalf of Debtor Monica L Wright mbaysinger@wildermuthlawoffices.com,
               baysinger.matthew@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2              Date Rcvd: May 07, 2015
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 3